# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Britney Dukes** *individually and as next friend of P.P.H., a minor*, **and P.P.H.,** <br> *Plaintiffs* | § <br> § <br> § <br> § | |
| **v.** | § <br> § | **No. 1:26-cv-00827-RP** |
| **Jason Morgan,** <br> *Defendant* | § <br> § <br> § | |

## ORDER

This Magistrate Judge ordered the parties, or counsel acting on their behalf, to appear for an initial pretrial conference by telephone on July 27, 2026. Dkt. 12. The next day, the parties notified the Court that they have reached a settlement. Dkt. 13; Dkt. 14. The Court ordered that the case is stayed by Text Order entered July 13, 2026.

In light of the settlement and stay, this Magistrate Judge **ORDERS** that the initial pretrial conference scheduled for July 27, 2026 is **CANCELED**.

**SIGNED** on July 14, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1